---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter ___7___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Melrose Construction, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 7 5 – 2 1 7 0 5 3 5 |

4. Debtor's address

**Principal place of business**

**102 Valley View Street**
Number    Street

_____

**Glenrose**     **TX**    **76043**
City      State    ZIP Code

**Hood**
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City      State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____
City      State    ZIP Code

5. Debtor's website (URL)   _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

Debtor **Melrose Construction, Inc.**                              Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☒ Yes. District **Northern District of Texas**  When **04/02/2012**  Case number **12-41990**
                                          MM / DD / YYYY

     District _____  When _____  Case number _____
                                          MM / DD / YYYY

     District _____  When _____  Case number _____
                                          MM / DD / YYYY

Debtor  **Melrose Construction, Inc.**                                    Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____
                                                                    MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____
                                                                    MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                            Number     Street

_____

_____
City                    State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Melrose Construction, Inc.**                                  Case number (if known) _____

| 14. | Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |
| 15. | Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | ▪ I have been authorized to file this petition on behalf of the debtor. |
| | | ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/18/2018**
           MM / DD / YYYY

X **/s/ James G. Burkhart**                                      **James G. Burkhart**
  Signature of authorized representative of debtor          Printed name

Title **President**

| 18. | Signature of attorney | X **/s/ Joyce Lindauer** | Date **09/18/2018** |
|---|---|---|---|
| | | Signature of attorney for debtor | MM / DD / YYYY |

**Joyce Lindauer**
Printed name

**Joyce W. Lindauer Attorney, PLLC**
Firm name

**12720 Hillcrest Road, Suite 625**
Number      Street

**Dallas**                                      **TX**          **75230**
City                                            State        ZIP Code

**(972) 503-4033**                              **joyce@joycelindauer.com**
Contact phone                                   Email address

**21555700**                                    **TX**
Bar number                                      State

**Fill in this information to identify the case**

Debtor name  **Melrose Construction, Inc.**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future
interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also
include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.
In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and
Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any
pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the
additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the
pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a
fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset
only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the
terms used in this form.

### Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ☑ Yes.  Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                    Current value of
                                                                                          debtor's interest

2.  **Cash on hand**                                                                              **$1,474.00**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
    |---|---|---|---|
    | 3.1. **Checking Account #1755345005**<br>**Interbank-Glen Rose, Texas** | **Checking account** | **5  0  0  5** | **$0.00** |

4.  **Other cash equivalents**     *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.                    **$1,474.00**

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☐ No.  Go to Part 3.
    ☑ Yes.  Fill in the information below.

Debtor **Melrose Construction, Inc.**
_____
Name

Case number (if known) _____

Current value of
debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. **City of Glen Rose Water Department** ........................................................ **$200.00**

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | **$200.00** |

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Current value of
debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: **$0.00** – **$0.00** = ...............→ **$0.00**
face amount  doubtful or uncollectible accounts

11b. Over 90 days old: **$13,227.00** – **$0.00** = ...............→ **$13,227.00**
face amount  doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | **$13,227.00** |

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| Valuation method used for current value | Current value of debtor's interest |
|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:  % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | **$0.00** |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

Debtor **Melrose Construction, Inc.**      Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.      **$0.00**

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.      **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

Debtor    **Melrose Construction, Inc.**      Case number (if known) _____
        Name

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Cell Phone $20.00** <br> **Fax/Copier $100.00** <br> **Desk $25.00** | | | **$145.00** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

                                **$145.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **2 Dump Trucks and Misc. Items** | | | **$750.00** |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

                                **$750.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

Debtor    **Melrose Construction, Inc.**          Case number (if known) _____
         Name

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

### Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1. Tuscan Village, 21 Residential Lots, Glenrose, TX  76043**<br>**Value $15,000/each** | Land | | | **$315,000.00** |
| **55.2. Tuscan Village Club House w/pool** | Real Property | | | **$192,000.00** |
| **55.3. Tuscan Village Well, Fish Pond, Trail, Common Area** | Real Property | | | **$175,000.00** |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| $682,000.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

### Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| Licenses, Franchises, etc (None) | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| $0.00 |
|---|

Debtor    **Melrose Construction, Inc.**                                    Case number (if known) _____
          _____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☒ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☒ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ☐ No.  Go to Part 12.
    - ☒ Yes.  Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    **Tax Loss Carry Over** _____   Tax year _____        **Unknown**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    **Misc. Tools and Parts** _____        **$400.00**

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                     **$400.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

Debtor  **Melrose Construction, Inc.**                                Case number (if known) _____
        _____
        Name

<div style="background:black; color:white">**Part 12:** **Summary**</div>

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $1,474.00 | |
| 81.  **Deposits and prepayments.** Copy line 9, Part 2. | $200.00 | |
| 82.  **Accounts receivable.** Copy line 12, Part 3. | $13,227.00 | |
| 83.  **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84.  **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85.  **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $145.00 | |
| 87.  **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $750.00 | |
| 88.  **Real property.** Copy line 56, Part 9............................➔ | | $682,000.00 |
| 89.  **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90.  **All other assets.** Copy line 78, Part 11. | ＋ $400.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column.  91a. | $16,196.00 | ＋ 91b.  $682,000.00 |

92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.............................................................  **$698,196.00**

**Fill in this information to identify the case:**

Debtor name    **Melrose Construction, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1.**   **Do any creditors have claims secured by debtor's property?**

☐   No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑   Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.**   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| **2.1** | **Creditor's name**<br>John Bridges | **Describe debtor's property that is subject to a lien**<br>**4-Lots Indian Hill Subdivision Phase VIII** | $4,070.00 | $0.00 |
| | **Creditor's mailing address**<br>109 South Jackson, Room 125 | **Describe the lien**<br>**Property Taxes** | | |
| | | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | Waxahachie    TX    75165 | | | |
| | **Creditor's email address, if known** | | | |
| | **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** __ __ __ __ | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.**   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $303,538.00

Debtor **Melrose Construction, Inc.**        Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.2**

| **Creditor's name**<br>**Plains Capital Bank** | **Describe debtor's property that is subject to a lien** | **$237,468.00** | **$315,000.00** |

**Creditor's mailing address**
**PO Box 93600**

**Describe debtor's property that is subject to a lien**
**Tuscan Village, 21 Residential Lots, Glenrose, TX**

**Describe the lien**
**Fee Simple**

**Lubbock**      **TX**    **79493**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.3**

| **Creditor's name**<br>**Southwest Securities FSB** | **Describe debtor's property that is subject to a lien** | **$62,000.00** | **$192,000.00** |

**Creditor's mailing address**
**301 S. Center, Suite 120**

**Describe debtor's property that is subject to a lien**
**Tuscan Village Club House, Pool, Pond, Trail, Glen**

**Describe the lien**
**Business Debt / Agreement**

**Arlington**      **TX**    **76010**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Melrose Construction, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** | **$0.00** |

**City of Glen Rose**

**PO Box 1949**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Glen Rose | TX | 76043 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** | **$0.00** |

**Glen Rose ISD**

**1102 Stadium Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Glen Rose | TX | 76043 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

Debtor   **Melrose Construction, Inc.**                                    Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.3**   Priority creditor's name and mailing address

**Somervell County Tax Assessor-Collector**

**PO Box 305**

_____

_____

**Glen Rose                     TX       76043**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**      Priority amount: **$0.00**

Debtor     **Melrose Construction, Inc.**          Case number (if known) _____

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                            **Amount of claim**

**3.1**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:         **$300,000.00**
*Check all that apply.*

**Filipe Fernandes**
☐ Contingent
**950 Williamson Road**
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Granbury**      **TX**    **76048**      **Business Debt of Jamus Corp.**

Date or dates debt was incurred _____      Is the claim subject to offset?
☒ No
Last 4 digits of account number __ __ __ __      ☐ Yes

---

**3.2**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:         **Unknown**
*Check all that apply.*

**First National Bank of Granbury**
☐ Contingent
**c/o Maurice G. Walton**
☐ Unliquidated
**Brown & Walton, PLLC**
☐ Disputed
**107 East Pearl Street**

Basis for the claim:
**Granbury**      **TX**    **76048**      **Business Debt of Jamus Corp.**

Date or dates debt was incurred _____      Is the claim subject to offset?
☒ No
Last 4 digits of account number __ __ __ __      ☐ Yes

---

**3.3**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:         **$0.00**
*Check all that apply.*

**Jack O. Norman**
☐ Contingent
**Jack O. Norman, P.C.**
☐ Unliquidated
**6510 Abrams Rd., Suite 568**
☐ Disputed

Basis for the claim:
**Dallas**      **TX**    **75231**      **Business Debt of Jamus Corp.**

Date or dates debt was incurred _____      Is the claim subject to offset?
☒ No
Last 4 digits of account number __ __ __ __      ☐ Yes

---

**3.4**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:         **$37,000.00**
*Check all that apply.*

**James Burkhart**
☐ Contingent
**102 Valley View Street**
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Glen Rose**      **TX**    **76043**      **Business debt**

Date or dates debt was incurred _____      Is the claim subject to offset?
☒ No
Last 4 digits of account number __ __ __ __      ☐ Yes

**Pension Fund Loan to Melrose for business operations**

---

| Debtor | Melrose Construction, Inc. | | Case number (if known) | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**John & Sue Weever**

**150 Valley View**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Glen Rose**    **TX**    **76043**     **Business Debt of Jamus Corp.**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,500.00 |

Check all that apply.

**Michael E. Robinson**

**The Robinson Law Firm**

**2704 Sherrill Park Court**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Richardson**    **TX**    **75082**     **Legal Services**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,500.00 |

Check all that apply.

**Steve Fuqua**

**555 Republic Drive, Suite 490**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Plano**    **TX**    **75074**     **Accounting Services**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor **Melrose Construction, Inc.**                                    Case number (if known) _____

## Part 3:    List Others to Be Notified About Unsecured Claims

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**  **Amanda L. Kopke**

**113 Valley View**

**Glen Rose            TX      76043**

**Owner of 113 Valley View**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.2**  **Annette A. Billingsley**

**PO Box 2688**

**Glen Rose            TX      76043**

**Owner of 101 Valley View**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.3**  **Behrooz P. Vida**

**The Vida Law Firm**

**3000 Central Drive**

**Bedford              TX      76021**

Line __3.5__

☐ Not listed. Explain:

__ __ __ __

**4.4**  **Darryl A. Lard**

**300 Salsbury Drive**

**Euless               TX      76040**

**Owner of 106 and 109 Valley View**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.5**  **David C. Sumners**

**104 Valley View**

**Glen Rose            TX      76043**

**Owner of 104 Valley View**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.6**  **Donald G. & Jannette N. Haynes**

**121 Valley View**

**Glen Rose            TX      76043**

**Owners of 121 Valley View**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

Debtor    **Melrose Construction, Inc.**        Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Gaydosh Family Trust** <br> **c/o Arnie C. & Alice D. Gaydosh, Trustee** <br> **112 Valley View** <br><br> **Glen Rose     TX    76043** <br> **Owner of 112 Valley View** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.8 | **James & Carole A. Cooke** <br> **4456 CR 411** <br><br> **Glen Rose     TX    76043** <br> **Owners of 176 Valley View** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.9 | **John E. & Tyra J. Keller** <br> **28775 Golden Pond Trail** <br><br> **Elkhart        IN    46514** <br> **Owners of 152 Valley View** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.10 | **Larry & Jeanette Wilson** <br> **160 Valley View** <br><br> **Glen Rose     TX    76043** <br> **Owner of 160 Valley View** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.11 | **Leroy & Sharon E. Sundby** <br> **156 Valley View** <br><br> **Glen Rose     TX    76043** <br> **Owners of 156 Valley View** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.12 | **Luis I. & Eileen Gonzales** <br> **170 Valley View** <br><br> **Glen Rose     TX    76043** <br> **Owners of 170 Valley View** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor  **Melrose Construction, Inc.** _____  Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Mark S. Dugan**<br>**Decker Jones, P.C.**<br>**Burnette Plaza, Unit #46**<br>**801 Cherry Street, Suite 2000**<br>**Fort Worth** TX **76102** | Line **3.1**<br>☐ Not listed. Explain: | __ __ __ __ |
| 4.14 | **Neil & Jackie Laws**<br>**166 Valley View**<br><br>**Glen Rose** TX **76043**<br>Owners of 166 Valley View | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.15 | **Rachel F. Clark**<br>**165 Valley View**<br><br>**Glen Rose** TX **76043**<br>Owner of 165 Valley View | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.16 | **Ralph C. Sieg**<br>**154 Valley View**<br><br>**Glen Rose** TX **76043**<br>Owner of 154 Valley View | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.17 | **Richard & Cindy Vaughn**<br>**105 Valley View**<br><br>**Glen Rose** TX **76043**<br>Owners of 105 Valley View | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.18 | **Sanderson Properties**<br>**PO Box 1979**<br><br>**Glen Rose** TX **76043**<br>Owner of 108 Valley View | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |

Debtor   **Melrose Construction, Inc.**      Case number (if known) _____

---

**Part 3:**    Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.19** | **Sephanie & Jeffery Schinnerer** **110 Valley View** _____ **Glen Rose**    **TX**    **76043** Owner of 110 Valley View | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.20** | **William & Shirley Willis** **168 Valley View** _____ **Glen Rose**    **TX**    **76043** Owners of 168 Valley View | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.21** | **William E & Janet L. Burkhart** **114 Valley View** _____ **Glen Rose**    **TX**    **76043** Owners of 114 Valley View | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.22** | **William L. & Holly K. Hargadine** **158 Valley View** _____ **Glen Rose**    **TX**    **76043** Owners of 158 Valley View | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |

Debtor    **Melrose Construction, Inc.**                                    Case number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    Add the amounts of priority and nonpriority unsecured claims.

                                                          **Total of claim amounts**

5a.   **Total claims from Part 1**                                  5a.                              **$0.00**

5b.   **Total claims from Part 2**                                  5b. **+**                **$349,000.00**

5c.   **Total of Parts 1 and 2**                                    5c.                      **$349,000.00**
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Melrose Construction, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number _____ Chapter **7**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**Fill in this information to identify the case:**

Debtor name __**Melrose Construction, Inc.**__

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **James G. Burkhart** | **102 Valley View** <br> Number  Street <br><br> **Glen Rose**        **TX**   **76043** <br> City                              State   ZIP Code | **Plains Capital Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 **James G. Burkhart** | **102 Valley View** <br> Number  Street <br><br> **Glen Rose**        **TX**   **76043** <br> City                              State   ZIP Code | **Southwest Securities FSB** | ☑ D <br> ☐ E/F <br> ☐ G |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor Name  **Melrose Construction, Inc.**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** <br> Copy line 88 from Schedule A/B................................................................ | **$682,000.00** |
| 1b. **Total personal property:** <br> Copy line 91A from Schedule A/B........................................................... | **$16,196.00** |
| 1c. **Total of all property** <br> Copy line 92 from Schedule A/B............................................................. | **$698,196.00** |

### Part 2: Summary of Liabilities

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D................... **$303,538.00**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F........................................ **$0.00**

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F...................... **+ $349,000.00**

**4.** **Total liabilities**
Lines 2 + 3a + 3b.......................................................................................... **$652,538.00**

**Fill in this information to identify the case and this filing:**

Debtor Name    **Melrose Construction, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/18/2018**     X **/s/ James G. Burkhart**
      MM / DD / YYYY      Signature of individual signing on behalf of debtor

                          **James G. Burkhart**
                          Printed name

                          **President**
                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Melrose Construction, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☑ None

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

Debtor  __Melrose Construction, Inc.__  Case number (if known) _____
　　　　　　Name

**6.　Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:　Legal Actions or Assignments

**7.　Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.　Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:　Certain Gifts and Charitable Contributions

**9.　List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:　Certain Losses

**10.　All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:　Certain Payments or Transfers

**11.　Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Joyce W. Lindauer Attorney, PLLC** | **Included filing fee of $335** | **8/9/2018** | __$2,500.00__ |

**Address**

__12720 Hillcrest Road__
Street
__Suite 625__

| __Dallas__ | __TX__ | __75230__ |
|---|---|---|
| City | State | ZIP Code |

**Email or website address**

_____

**Who made the payment, if not debtor?**

__James Burkhart__

Debtor    **Melrose Construction, Inc.**                   Case number (if known) _____
           Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **James & Carole A. Cooke** | **Land and Home located at 176 Valley View, Glen Rose, Texas 76043** | **May 2018** | **$178,800.00** |
| | **Address** | | | |
| | **176 Valley View** | | | |
| | Street | | | |
| | **Glen Rose**   **TX**   **76043** | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **Darryl A. Lard** | **Land and Home located at 109 Valley View, Glen Rose, Texas 76043** | **March 2018** | **$192,150.00** |
| | **Address** | | | |
| | **300 Salsbury Drive** | | | |
| | Street | | | |
| | **Euless**   **TX**   **76040** | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | **Vladimir Pechacek** | **Land and Home located at 9022 Woodlawn, Granbury, Texas 76049** | **March 2017** | **$112,000.00** |
| | **Address** | | | |
| | **9022 Woodlawn** | | | |
| | Street | | | |
| | **Granbury**   **TX**   **76049** | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor    **Melrose Construction, Inc.**              Case number (if known) _____
_____
Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.4.   **Garry & Mildred Dau**      **Land and Home located at 321 Hacienda Drive, Waxahachie, Texas 75165**     **January 2015**    **$167,000.00**

**Address**

**321 Hacienda Drive**
Street

**Waxahachie**    **TX**    **75165**
City          State    ZIP Code

**Relationship to debtor**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.5.   **Casey & Mindy Sumpter**      **Land and Home located at 323 Hacienda Drive, Waxahachie, Texas 75165**     **August 2015**    **$170,000.00**

**Address**

**323 Hacienda Drive**
Street

**Waxahachie**    **TX**    **75165**
City          State    ZIP Code

**Relationship to debtor**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.6.   **Darryl Lard**      **Land and Home located at 106 Valley View Street, Glen Rose, Texas 76043**     **March 2018**    **$194,250.00**

**Address**

**300 Salsbury Drive**
Street

**Euless**    **TX**    **76040**
City          State    ZIP Code

**Relationship to debtor**

---

**Part 7:**    **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor **Melrose Construction, Inc.**      Case number (if known) _____
<br>Name

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
<br>☐ Yes. Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
<br>☐ Yes. State the nature of the information collected and retained _____

     Does the debtor have a privacy policy about that information?
<br>     ☐ No.
<br>     ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
<br>☐ Yes. Does the debtor serve as plan administrator?
<br>     ☐ No. Go to Part 10.
<br>     ☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
<br>Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
<br>Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
<br>List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**
<br>List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor    **Melrose Construction, Inc.**           Case number (if known) _____
_____
Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   **Steve Fuqua** <br> Name <br> **555 Republic Drive** <br> Street <br> **Suite 490** | From _____   To _____ |
| **Plano**     **TX**     **75074** <br> City      State     ZIP Code | |

Debtor   **Melrose Construction, Inc.**                                      Case number (if known)  _____
_____
Name

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address**                                                    **Dates of service**

26b.1.  **Steve Fuqua**                                                  From _____  To _____
Name
**555 Republic Drive**
Street
**Suite 490**

**Plano**                              **TX**      **75074**
City                                   State       ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                                                    **If any books of account and records are unavailable, explain why**

26c.1.  **Steve Fuqua**
Name
**555 Republic Drive**
Street
**Suite 490**

**Plano**                              **TX**      **75074**
City                                   State       ZIP Code

**Name and address**                                                    **If any books of account and records are unavailable, explain why**

26c.2.  **James Burkhart**
Name
**102 Valley View Street**
Street
_____

**Glenrose**                           **TX**      **76043**
City                                   State       ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **James Burkhart** | **102 Valley View Street**<br>**Glen Rose, TX 76043** | **Managing Member / President** | **100%** |

Debtor **Melrose Construction, Inc.**                      Case number (if known) _____
<br>Name

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
<br>☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
<br>☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|------|-------------------------------|------------------------------------------------------|-------|---------------------------------|
| 30.1. | **James Burkhart**<br>Name<br>**102 Valley View Street**<br>Street<br><br>**Glen Rose**  **TX**  **76043**<br>City  State  ZIP Code<br><br>**Relationship to debtor**<br>**Managing Member / President** | **Salary**<br>**$26,300.00** | **Various**<br>**Dates** | **Salary** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
<br>☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
<br>☐ Yes. Identify below.

| Part 14: | Signature and Declaration |
|----------|----------------------------|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/18/2018**
<br>            MM / DD / YYYY

X **/s/ James G. Burkhart**                   Printed name  **James G. Burkhart**
<br>   Signature of individual signing on behalf of the debtor

Position or relationship to debtor **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
<br>☑ No
<br>☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re **Melrose Construction, Inc.**

Case No. _____

Chapter **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................ **$2,500.00**

Prior to the filing of this statement I have received....................................................... **$2,500.00**

Balance Due.................................................................................................................. **$0.00**

2. The source of the compensation paid to me was:

☐ Debtor        ☒ Other (specify)
                  **James Burkhart**

3. The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]

**Matters related to the Chapter 11 case and developing a plan and disclosure statement**

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **09/18/2018** | **/s/ Joyce Lindauer** |
| *Date* | *Joyce Lindauer*      Bar No. 21555700 |
| | Joyce W. Lindauer Attorney, PLLC |
| | 12720 Hillcrest Road, Suite 625 |
| | Dallas, TX 75230 |
| | Phone: (972) 503-4033 / Fax: (972) 503-4034 |

---

**/s/ James G. Burkhart**

*James G. Burkhart*
*President*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    **Melrose Construction, Inc.**                                    CASE NO

                                                                                          CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  9/18/2018 _____          Signature _ **/s/ James G. Burkhart** _____
                                                                                          ***James G. Burkhart***
                                                                                          ***President***


Date _____          Signature _____

Amanda L. Kopke
113 Valley View
Glen Rose, TX 76043

Annette A. Billingsley
PO Box 2688
Glen Rose, TX 76043

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548

Behrooz P. Vida
The Vida Law Firm
3000 Central Drive
Bedford, TX 76021

City of Glen Rose
PO Box 1949
Glen Rose, TX 76043

Darryl A. Lard
300 Salsbury Drive
Euless, TX 76040

David C. Sumners
104 Valley View
Glen Rose, TX 76043

Donald G. & Jannette N. Haynes
121 Valley View
Glen Rose, TX 76043

Filipe Fernandes
950 Williamson Road
Granbury, TX 76048

First National Bank of Granbury
c/o Maurice G. Walton
Brown & Walton, PLLC
107 East Pearl Street
Granbury, TX 76048

Gaydosh Family Trust
c/o Arnie C. & Alice D. Gaydosh, Trustee
112 Valley View
Glen Rose, TX 76043


Glen Rose ISD
1102 Stadium Drive
Glen Rose, TX 76043


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242


Jack O. Norman
Jack O. Norman, P.C.
6510 Abrams Rd., Suite 568
Dallas, TX 75231


James & Carole A. Cooke
4456 CR 411
Glen Rose, TX 76043


James Burkhart
102 Valley View Street
Glen Rose, TX 76043


James G. Burkhart
102 Valley View
Glen Rose, TX  76043


John & Sue Weever
150 Valley View
Glen Rose, TX 76043

John Bridges
109 South Jackson, Room 125
Waxahachie, TX  75165


John E. & Tyra J. Keller
28775 Golden Pond Trail
Elkhart, IN 46514


Larry & Jeanette Wilson
160 Valley View
Glen Rose, TX 76043


Leroy & Sharon E. Sundby
156 Valley View
Glen Rose, TX 76043


Luis I. & Eileen Gonzales
170 Valley View
Glen Rose, TX 76043


Mark S. Dugan
Decker Jones, P.C.
Burnette Plaza, Unit #46
801 Cherry Street, Suite 2000
Fort Worth, TX 76102

Michael E. Robinson
The Robinson Law Firm
2704 Sherrill Park Court
Richardson, TX  75082


Neil & Jackie Laws
166 Valley View
Glen Rose, TX 76043


Plains Capital Bank
PO Box 93600
Lubbock, TX 79493

Rachel F. Clark
165 Valley View
Glen Rose, TX 76043


Ralph C. Sieg
154 Valley View
Glen Rose, TX 76043


Richard & Cindy Vaughn
105 Valley View
Glen Rose, TX 76043


Sanderson Properties
PO Box 1979
Glen Rose, TX 76043


Sephanie & Jeffery Schinnerer
110 Valley View
Glen Rose, TX 76043


Somervell County Tax Assessor-Collector
PO Box 305
Glen Rose, TX 76043


Southwest Securities FSB
301 S. Center, Suite 120
Arlington, TX  76010


Steve Fuqua
555 Republic Drive, Suite 490
Plano, TX  75074


Texas Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242


US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530


William & Shirley Willis
168 Valley View
Glen Rose, TX 76043


William E & Janet L. Burkhart
114 Valley View
Glen Rose, TX 76043


William L. & Holly K. Hargadine
158 Valley View
Glen Rose, TX 76043